CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/13/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KIMBERLEY A. RAMSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security*,<br><br>*Defendant*. | CASE NO. 6:17-cv-00024<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross-motions for summary judgment (dkts. 18, 25) and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 31, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. Accordingly:

1. The Report is hereby **ADOPTED** in its entirety, (dkt. 31);
2. Plaintiff's motion for summary judgment is **DENIED**, (dkt. 18);
3. Defendant's motion for summary judgment is **GRANTED**, (dkt. 25).

This case is hereby **DISMISSED** and stricken from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record.

Entered this  13th  day of August, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE